FILED
CLERK, U.S. DISTRICT COURT

JAN 2 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Jason Yee<br><br>DEFENDANT(S). | CASE NUMBER<br><br>11-227-5<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of ___Defendant___ , IT IS ORDERED that a detention hearing is set for ___2/4___ , ___2011___ , at ___2:00___ ☐ a.m. / ☑ p.m. before the Honorable ___Ralph Zarefsky___ , in Courtroom ___540___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___1/28/11___                         _Ralph Zarefsky_
                                        U.S. District Judge/Magistrate Judge

---